Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
CONNIE MALIA RAQUENIO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE MALIA RAQUENIO | Case No.: 1:16-cv-01830-BAM |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND TIME TO FILE Opening Brief |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Connie Malia Raquenio and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from July 22, 2017 to August 22, 2017 for Plaintiff to file a Opening Brief , with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first

///

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: July 24, 2017     Respectfully submitted,

LAWRENCE D. ROHLFING

BY: _/s/ *Cyrus Safa*_____
Cyrus Safa

Attorney for plaintiff Ms. Connie Malia Raquenio

DATE:  July 24, 2017

PHILLIP A. TALBET
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration


BY: _/s/ *Sundeep Patel*_____
Sundeep Patel
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time to August 22, 2017, in which to file Plaintiff's opening brief.  All other deadlines set forth in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated:  **July 26, 2017**         _/s/ *Barbara A. McAuliffe*_____
UNITED STATES MAGISTRATE JUDGE