Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
CONNIE MALIA RAQUENIO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE MALIA RAQUENIO | Case No.: 1:16-cv-01830-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (SECOND REQUEST) |
| Defendant. | |

Plaintiff Connie Malia Raquenio and Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 3 days from August 22, 2017 to August 25, 2017 for Plaintiff to file Plaintiff's Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's second request for an extension. This request is made at the request of Plaintiff's counsel who, due to unforeseen circumstances, covered two out-of-town hearings this week for another attorney from counsel's

firm on very short notice.  As a result, counsel will need additional time to fully research the issues presented.

DATE: August 22, 2017            Respectfully submitted,

                                LAWRENCE D. ROHLFING

                                /s/ *Cyrus Safa*

                        BY: _____
                             Cyrus Safa
                             Attorney for plaintiff Ms. Connie Malia Raquenio

DATE:  August 22, 2017

                             PHILLIP A.TALBERT
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Regional Chief Counsel
                             Social Security Administration

                             /s/ *Sundeep Patel*

                        BY: _____
                             Sundeep Patel
                             Special Assistant United States Attorney
                             Attorneys for defendant Nancy A. Berryhill
                             |*authorized by e-mail|

**ORDER**

    Pursuant to the stipulation of the parties, and for good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time to August 25, 2017, in which to file Plaintiff's opening brief. All other deadlines set forth in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

    Dated:   **August 23, 2017**                   /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE